## JOHNS v. ORCUTT.

1. SPECIFIC PERFORMANCE: ACTION LOCAL. A bill by the obligor of a title bond against the obligee to compel a specific performance, or to foreclose the bond as a mortgage, is local in its nature and is properly brought in the county in which the land lies.

*Appeal from Hardin District Court.*

WEDNESDAY, OCTOBER 19.

This action was commenced in the District Court of Hardin county, to enforce a vendor's lien against certain lands lying in said county. The defendant, who resided in Grundy county, moved the court to change the venue to said county, which was granted, with costs. The plaintiff appeals.

*E. W. & J. Eastman,* for the appellant, relied upon sections 2094 and 2095 of the Code of 1851.

*Scott & Moir,* for the appellees.

WOODWARD, J.—A bill in equity brought by the obligor in a title bond, against the obligee, who is the purchaser, to compel him to perform his contract, or to procure the foreclosure and sale of his interest in the property, is in the nature of a local action, and is properly brought in the county where the land lies. Code, sections 1703, 2094, 2095.

Therefore the order of the court, awarding a change of

venue to a different county from that where the land lay, and giving the defendants a sum of money as their charge for attending in the wrong county, was erroneous.

The judgment of the District Court is reversed.